239 F.2d 647
 Peter R. HIGGINS, Sr., Appellant,
v.
UNITED STATES of America.
 No. 15692.
 United States Court of Appeals Eighth Circuit.
 November 30, 1956.
 
 1
 Appeal from the United States District Court for the Western District of Missouri.
 
 
 2
 Robert N. Jones, St. Louis, Mo., for appellant.
 
 
 3
 Harry Richards, U. S. Atty., St. Louis, Mo., and Forrest Boecker, Asst. U. S. Atty., Clayton, Mo., for appellee.
 
 
 4
 Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.